787 A.2d 902

IN THE MATTER OF ELIZABETH M. GOLDMAN, AN ATTORNEY AT LAW.

January 22, 2002.

## ORDER

This matter having been opened to the Court on the application of **ELIZABETH M. GOLDMAN** of **PENNSAUKEN,** who was admitted to the bar of this State in 1974, to be transferred to disability inactive status in accordance with *Rule* 1:20–12(e), and

the Office of Attorney Ethics having interposed no objection to the relief sought, and good cause appearing;

It is ORDERED that **ELIZABETH M. GOLDMAN,** is hereby transferred to disability inactive status pursuant to *R.* 1:20–12(e), effective immediately, and until the further Order of the Court; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period she is on disability inactive status and that respondent comply with *R.*1:20–20 governing attorneys transferred to disability inactive status.